**TREEHOUSE LAW, LLP**
Benjamin Heikali (SBN 307466)
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
bheikali@treehouselaw.com

*Attorneys for Plaintiff Megan Fehrenbach*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MONSCH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DREAMLAND BABY CO.,<br><br>Defendant. | Case No. 3:24-CV-02996-CRB<br>Related Case Nos.:<br>    3:24-CV-03379-CRB<br>    3:24-CV-03406-CRB<br>    3:24-CV-03763-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED CASES**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiffs Victoria Monsch, Megan Fehrenbach, Tuliisa Miller, and Haley Muse (collectively, "Plaintiffs") and Defendant Dreamland Baby Co. ("Defendant") (together, the "Parties"), through their respective counsel, stipulate as follows:

WHEREAS, there are four (4) related proposed class actions pending in the Northern District of California before the Honorable Charles R. Breyer: *Monsch v. Dreamland Baby Co.*, No. 3:24-CV-02996-CRB (the "*Monsch* Action"), *Miller v. Dreamland Baby Co.*, No. 3:24-CV-03379-CRB (the "*Miller* Action"), *Fehrenbach v. Dreamland Baby Co.*, No. 3:24-CV-03406-CRB (the "*Fehrenbach* Action"), and *Muse v. Dreamland Baby Co.*, No. 3:24-CV-03763-CRB (the "*Muse* Action") (together, the "Related Cases");

WHEREAS, the Parties, by and through their respective counsel, have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because the Related Cases involve common questions of law or fact, and assert similar claims;

WHEREAS, Defendant does not oppose consolidation under Fed. R. Civ. P 42(a) while expressly reserving its right to oppose class certification on any grounds;

WHEREAS, the Parties agree that neither this stipulation nor any resulting consolidation of these actions will waive or prejudice in any respect—and Plaintiffs will not assert that consolidation or this stipulation has waived or prejudiced in any respect—Defendant's rights, including without limitation, to require each Plaintiff to proceed in his or her individual capacity and not in a class action;

WHEREAS, Plaintiffs and Defendant agree that neither this stipulation nor any resulting consolidation of these actions will waive or prejudice in any respect—and Defendant will not assert that consolidation or this stipulation has waived or prejudiced in any respect—Plaintiffs' legal rights or defenses to maintain class proceedings;

WHEREAS, Plaintiffs agree to not, at any juncture in any of these Related Cases, contend that this stipulation or any resulting consolidation of these actions supports any request for certification of any proposed or putative class(es);

WHEREAS, the Parties propose, subject to Court approval, that this action proceed on the following schedule:

- Plaintiffs will file a Consolidated Complaint ("Complaint") no later than 21 days following the entry of this Stipulation consolidating the Related Cases;
- Defendant will respond to the Complaint no later than 45 days following its filing. If Defendant intends to file a motion to dismiss, the Parties agree to stipulate, subject to Court approval, to a briefing schedule on Defendant's motion to dismiss wherein Plaintiffs shall be entitled to one amendment as a matter of right under Fed. R. Civ. P. 15(a)(1)(B);

NOW THEREFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The following actions pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for all pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

- *Monsch v. Dreamland Baby Co.*, No. 3:24-CV-02996-CRB;
- *Miller v. Dreamland Baby Co.*, No. 3:24-CV-03379-CRB;
- *Fehrenbach v. Dreamland Baby Co.*, No. 3:24-CV-03406-CRB; and
- *Muse v. Dreamland Baby Co.*, No. 3:24-CV-03763-CRB.

Consolidation and this stipulation and order will not waive or prejudice in any respect either Parties' rights or defenses in this litigation.

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:24-CV-02996-CRB, the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE DREAMLAND BABY CO. WEIGHTED SLEEP PRODUCTS LITIGATION*,<br><br>This Document Relates To:<br>_____/ | Master File No. 3:24-CV-02996-CRB |

3. The case file for the Consolidated Action will be maintained under Master File No. 3:24-CV-02996-CRB.

4. The Clerk is directed to administratively close the following related cases:

- *Miller v. Dreamland Baby Co.*, No. 3:24-CV-03379-CRB;
- *Fehrenbach v. Dreamland Baby Co.*, No. 3:24-CV-03406-CRB; and
- *Muse v. Dreamland Baby Co.*, No. 3:24-CV-03763-CRB.

5. Any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it. The Parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a. place a copy of this Order in the separate file for such action;
    b. serve on plaintiff's counsel in the new case a copy of this Order;
    c. direct that this Order be served upon defendants in the new case; and
    d. make the appropriate entry in the Master Docket.

6. Defendant does not waive its right to oppose class certification.

7. Plaintiffs shall not, at any juncture in any of these Related Cases, contend that this stipulation or any resulting consolidation of these actions supports any request for certification of any proposed or putative class(es);

8. Initial deadlines for this consolidated action are as follows: Plaintiffs will file the Complaint no later than 21 days following the entry of this Stipulation consolidating the Related Cases. Defendant will respond to the Complaint no later than 45 days following its filing.

9. If Defendant intends to file a motion to dismiss, the Parties agree to stipulate to a briefing schedule on Defendant's motion to dismiss.

**IT IS SO STIPULATED**

DATED: July 16, 2024                By: /s/ Benjamin Heikali
                                    Benjamin Heikali
                                    **TREEHOUSE LAW, LLP**
                                    2121 Avenue of the Stars, Suite 2580
                                    Los Angeles, CA 90067
                                    Tel: (310) 751-5928
                                    bheikali@treehouselaw.com

                                    Melissa S. Weiner*
                                    **PEARSON WARSHAW, LLP**
                                    328 Barry Avenue S., Suite 200
                                    Wayzata, MN 55391
                                    Tel: 612-389-0600
                                    Fax: 612-389-0610
                                    mweiner@pwfirm.com

                                    Rachel Soffin (*appearing pro hac vice*)
                                    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
                                    800 S. Gay Street, Suite 1100
                                    Knoxville, TN 37929
                                    Tel: 865-247-0080
                                    rsoffin@milberg.com

                                    Harper T. Segui**
                                    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
                                    825 Lowcountry Blvd., Suite 101
                                    Mt. Pleasant, SC 29464
                                    hsegui@milberg.com

                                    *Attorneys for Plaintiff Megan Fehrenbach*

                                    *Pro Hac Vice Application Pending
                                    ** Pro Hac Vice Application Forthcoming

DATED: July 16, 2024                By: /s/ Arthur H. Bryant
                                    Arthur H. Bryant (SBN 208365)
                                    **BAILEY & GLASSER, LLP**
                                    1999 Harrison Street, Suite 660
                                    Oakland, CA 94612
                                    T: 510.272.8000
                                    abryant@baileyglasser.com

                                    Bart D. Cohen, Esq.
                                    **BAILEY & GLASSER, LLP**
                                    1622 Locust Street
                                    Philadelphia, PA 19103
                                    (215) 274-9420

```
                                        bcohen@baileyglasser.com

                                By: /s/ Zachary Arbitman
                                        Zachary Arbitman (appearing pro hac vice)
                                        George Donnelly (appearing pro hac vice)
                                        Alan M. Feldman**
                                        FELDMAN SHEPHERD
                                        WOHLGELERNTER TANNER
                                        WEINSTOCK & DODIG, LLP
                                        1845 Walnut Street, 21st Floor
                                        Philadelphia, PA 19103
                                        T: (215) 567-8300
                                        F: (215) 567-8333
                                        afeldman@feldmanshepherd.com
                                        zarbitman@feldmanshepherd.com
                                        gdonnelly@feldmanshepherd.com

                                        Attorneys for Plaintiff Victoria Monsch

                                        **Pro Hac Vice Application Forthcoming


DATED: July 16, 2024            By: /s/ Alan Gudino
                                        Alan Gudino (SBN 326738)
                                        agudino@clarksonlawfirm.com
                                        Ryan J. Clarkson (SBN 257074)
                                        rclarkson@clarksonlawfirm.com
                                        Bahar Sodaify (SBN 289730)
                                        bsodaify@clarksonlawfirm.com
                                        CLARKSON LAW FIRM, P.C.
                                        22525 Pacific Coast Highway
                                        Malibu, CA 90265
                                        Tel: (213) 788-4050
                                        Fax: (213) 788-4070

                                        Attorneys for Plaintiff Tuliisa Miller


DATED: July 16, 2024            By: /s/ Nyran Rasche
                                        Nyran Rose Rasche (appearing pro hac vice)
                                        Alex Lee**
                                        CAFFERTY CLOBES MERIWETHER
                                        & SPRENGEL LLP
                                        135 S. LaSalle, Suite 3210
                                        Chicago, Illinois 60603
                                        Telephone: (312) 782-4880
                                        Facsimile: (312) 782-4485
                                        nrasche@caffertyclobes.com
                                        alee@caffertyclobes.com
```

|   |   |
|---|---|
|   | *Attorneys for Plaintiff Haley Muse* |
|   | **Pro Hac Vice Application Forthcoming |
| DATED: July 16, 2024 | By: */s/ Scott E. Gant* |
|   | Scott E. Gant (*appearing pro hac vice*) |
|   | sgant@bsfllp.com |
|   | **BOIES SCHILLER FLEXNER LLP** |
|   | 1401 New York Avenue, NW |
|   | Washington, DC  20005 |
|   | Telephone: (202) 895-7566 |
|   | Facsimile: (202) 237-6131 |
|   |   |
|   | James W. Lee (*appearing pro hac vice*) |
|   | jwlee@bsfllp.com |
|   | **BOIES SCHILLER FLEXNER LLP** |
|   | 100 SE Second Street, Suite 2800 |
|   | Miami, FL 33131 |
|   | Telephone: (305) 539-8400 |
|   | Facsimile: (305) 539-1307 |
|   |   |
|   | Sarah Jones (SBN 347368) |
|   | sjones@bsfllp.com |
|   | **BOIES SCHILLER FLEXNER LLP** |
|   | 2029 Century Park East, Suite 1520 |
|   | Los Angeles, CA 90067 |
|   | Telephone: (213) 629-9040 |
|   | Facsimile: (213) 629-9022 |
|   |   |
|   | *Attorneys for Defendant Dreamland Baby Co.* |

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: July 16, 2024                                        By: */s/ Benjamin Heikali*
                                                                                    Benjamin Heikali

                                                                                    **TREEHOUSE LAW, LLP**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  Date: July 17, 2024  _____
   HON. CHARLES R. BREYER
4  UNITED STATES DISTRICT JUDGE